IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRUCE K. SIDDLE, SANDRA K. SIDDLE, individually and as Trustees of the Bruce K. Siddle and Sandra K. Siddle Trusts, dated July 16, 2003, and PPCT MANAGEMENT SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTGOV, INC., *et al.*, <br><br> Defendants. | Civil No. 3:09-1137 <br> Judge Trauger |

## O R D E R

The Plaintiffs' Motion To File Documents Under Seal (Docket No. 229), which is opposed by defendant Lattimore Black Morgan & Cain, PC (Docket No. 233), is **DENIED.** The court's understanding is that this motion requests to seal all of the documents filed as Docket Nos. 230, 231, 232, 234 and 235. These documents will remain **under seal**. However, the plaintiffs shall immediately redact all social security numbers from these documents and re-file them with the court.

It is so **ORDERED**.

ENTER this 3rd day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge