UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BRUCE K. SIDDLE, ET AL., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | Case No. 3:09-cv-00175 |
| v. | ) | Judge Aleta A. Trauger |
| | ) | |
| DOCTOR R. CRANTS, JR., ET AL., | ) | |
| Defendants. | ) | |

| BRUCE K. SIDDLE, ET AL., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | Case No. 3:09-cv-01137 |
| v. | ) | Judge Aleta A. Trauger |
| | ) | |
| CONNECTGOV, INC., ET AL., | ) | |
| Defendants. | ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows in *Siddle I* and *Siddle II*[1]:

• Subject to the specific reductions set forth in the accompanying Memorandum, each defendant's application for fees under Fed. R. Civ. P. 54 is **GRANTED**. To the extent any defendants have requested sanctions against Mary Parker under 28 U.S.C. § 1927, those requests are **DENIED**. The defendants' requests for sanctions against Rex Carr under § 1927 are **GRANTED IN PART and**

---

[1] As in the accompanying Memorandum, the court will refer to *Bruce K. Siddle, et al. v. Doctor R. Crants, Jr, et al.*, Case No. 3:09-cv-0175, as "*Siddle I*," and will refer to *Bruce K Siddle, et al. v. Connectgov, Inc., et al.*, No. 3:09-cv-01137, as "*Siddle II*." Therefore, the court will refer to docket entries in *Siddle I* [*i.e.*, Case No. 3:09-cv-0175] as "*Siddle I* Docket Entry No. [X]," and will refer to docket entries in *Siddle II* [*i.e.*, Case No. 3:09-cv-01137], as "*Siddle II* Docket Entry No. [X]."

1

**DENIED IN PART**. The defendants' requests for sanctions against Bruce Carr under § 1927 are **GRANTED IN PART and DENIED IN PART**.

- The motions jointly filed by defendants Oaks and LBMC pursuant to both Rule 54 and § 1927 (*Siddle I* Docket Nos. 344 and 385; *Siddle II* Docket Nos. 264 and 284) are hereby **GRANTED IN PART and DENIED IN PART**. The Siddles are **JOINTLY AND SEVERALLY LIABLE** to Oaks and LBMC for $326,630.82 across both cases. As a sanction under § 1927, Bruce Carr is **JOINTLY AND SEVERALLY LIABLE** with the Siddles to Oaks and LBMC for $90,000 of the fee award to Oaks and LBMC across both cases, and Rex Carr is **JOINTLY AND SEVERALLY LIABLE** with the Siddles and with Bruce Carr to Oaks and LBMC for $15,000 of the fee award to Oaks and LBMC in *Siddle I*.

- The motion filed by Linda Cooper pursuant to Rule 54 and § 1927 (*Siddle I* Docket No. 347) is **GRANTED IN PART and DENIED IN PART**. The Siddles are **JOINTLY AND SEVERALLY LIABLE** to Cooper for $13,164.32. As a sanction under § 1927, Bruce Carr is **JOINTLY AND SEVERALLY LIABLE** with the Siddles to Cooper for $2,500 of the fee award to Cooper, and Rex Carr is **JOINTLY AND SEVERALLY LIABLE** with the Siddles and Bruce Carr to Cooper for $1,500 of the fee award to Cooper.

- The motions filed by Crawford and GSRM pursuant to both Rule 54 and § 1927 (*Siddle I* Docket Nos. 345 and 386; *Siddle II* Docket Nos. 265 and 285) are **GRANTED IN PART and DENIED IN PART**. The Siddles are **JOINTLY AND SEVERALLY LIABLE** to Crawford and GSRM for $286,251.88 across both cases. As a sanction under § 1927, Bruce Carr is **JOINTLY AND SEVERALLY LIABLE** with the Siddles to Crawford and GSRM for $75,000 of the fee award to Crawford and GSRM across both cases.

- The motions filed by Crants and Connectgov pursuant to Rule 54 (*Siddle I* Docket Nos. 342 and 387; *Siddle II* Docket Nos. 262 and 286)) are **GRANTED**. The motion jointly filed by Crants and Connectgov pursuant to § 1927 (*Siddle I* Docket No. 441; *Siddle II* Docket No. 320) is **GRANTED IN PART and DENIED IN PART**. The Siddles are **JOINTLY AND SEVERALLY LIABLE** to Crants for $228,027.84. As a sanction under § 1927, Bruce Carr is **JOINTLY AND SEVERALLY** with the Siddles to Crants for $75,000 of the fee award to Crants. The Siddles are also **JOINTLY AND SEVERALLY LIABLE** to Connectgov for $48,174.78. As a sanction under § 1927, Bruce Carr is **JOINTLY AND SEVERALLY LIABLE** with the Siddles to Connectgov for $30,000 of the fee award to Connectgov.

- The motions filed by Crants III and the Pharos Defendants pursuant to Rule 54 (*Siddle I* Docket No. 393 (Crants III); *Siddle II* Docket No. 272 (Pharos Defendants)) are **GRANTED**. The motion jointly filed by the Crants III and the Pharos Defendants pursuant to § 1927 (*Siddle I* Docket No. 435; *Siddle II* Docket No. 312) is **GRANTED IN PART and DENIED IN PART**. The Siddles are **JOINTLY AND SEVERALLY LIABLE** to Crants III for $1,125,247.26 and are **JOINTLY AND SEVERALLY LIABLE** to the Pharos Defendants for $132,241.14. As a sanction under § 1927, Bruce Carr is **JOINTLY AND SEVERALLY LIABLE** with the Siddles to Crants III for $115,000 of the fee award to Crants III and to the Pharos Defendants for $25,000 of the fee award to the Pharos Defendants. As a sanction under § 1927, Rex Carr is **JOINTLY AND SEVERALLY LIABLE** with the Siddles and Bruce Carr to Crants III for $15,000 of the fee award to Crants III.

- The Siddles' Motion for Hearing (*Siddle I* Docket No. 454; and *Siddle II* Docket No. 333) is **DENIED**.

Furthermore, for the reasons stated in the accompanying Memorandum, the court also hereby finds as follows:

- The Third-Party Complaint filed by the Siddles in each case (*Siddle I* Docket No. 415; *Siddle II* Docket No. 297) is **DISMISSED WITHOUT PREJUDICE**.

- The Counterclaim filed by Crants III (*Siddle I* Docket No. 299) is **DISMISSED AS MOOT**.

- The Siddles' Motion to Dismiss Counterclaim (*Siddle I* Docket No. 354) is **DENIED AS MOOT**.

Therefore, the clerk is directed to term the following docket entries in each case:

- *Siddle I* (Case No. 3:09-cv-0175): Docket Nos. 385, 386, 387, 393, 435, 441, and 454.[2]

---

[2] As explained in the accompanying Memorandum, this Order also makes rulings relative to several motions that were filed but not designated as "pending" on the *Siddle I* docket, including *Siddle I* Docket Nos. 342, 344, 345, 347, and 354. Those entries shall remain closed.

3

- *Siddle II* (Case No. 3:09-cv-01137): Docket Nos. 262, 264, 265, 272, 284, 285, 286, 312, 320, and 333.

In sum, this Order rules upon all of the pending motions in both cases.

It is so **ORDERED**.

Enter this 26th day of March, 2013.

_____
ALETA A. TRAUGER
United States District Judge

4