**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| BRUCE K. SIDDLE and SANDRA K. SIDDLE, PPCT MANAGEMENT SYSTEMS, INC., and THE BRUCE K. SIDDLE AND SANDRA K. SIDDLE TRUSTS, dated July 16, 2003, | ) ) ) ) ) ) | Civil No. 3:09-0175 Judge Trauger |
|     Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| DOCTOR R. CRANTS, JR., DOCTOR R. CRANTS, III, LINDA COOPER, GEORGE V. CRAWFORD, III, LEE F. BOOTH, and ROY W. OAKS, | ) ) ) ) ) | |
|     Defendants. | ) ) | |

---

| | | |
|---|---|---|
| BRUCE K. SIDDLE, SANDRA K. SIDDLE, individually and as Trustees of the Bruce K. Siddle and Sandra K. Siddle Trusts, dated July 16, 2003, and PPCT MANAGEMENT SYSTEMS, INC., | ) ) ) ) ) | Civil No. 3:09-1137 Judge Trauger |
|     Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| CONNECTGOV, INC., *et al.*, | ) ) | |
|     Defendants. | ) | |

## O R D E R

The Plaintiffs/Third-Party Plaintiffs have filed in each of these cases an Emergency Motion relating to the filing of a supersedeas bond.  (Docket Nos. 492, 369)  Aware that the present deadline for the filing of a notice of appeal is June 26, 2013 (Docket No. 488), no other party has responded to this motion.  The motion is therefore **GRANTED IN PART**.  It is hereby

1

**ORDERED** that these parties may appeal based upon a supersedeas bond in the amount of

$250,000.

It is so **ORDERED**.

ENTER this 25th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge