IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRUCE K. SIDDLE and SANDRA K. SIDDLE, PPCT MANAGEMENT SYSTEMS, INC., and THE BRUCE K. SIDDLE AND SANDRA K. SIDDLE TRUSTS, dated July 16, 2003, | ) ) ) ) ) ) | Civil No. 3:09-0175 Judge Trauger |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DOCTOR R. CRANTS, JR., DOCTOR R. CRANTS, III, LINDA COOPER, GEORGE V. CRAWFORD, III, LEE F. BOOTH, and ROY W. OAKS, | ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRUCE K. SIDDLE, SANDRA K. SIDDLE, individually and as Trustees of the Bruce K. Siddle and Sandra K. Siddle Trusts, dated July 16, 2003, and PPCT MANAGEMENT SYSTEMS, INC., | ) ) ) ) ) ) | Civil No. 3:09-1137 Judge Trauger |
| Plaintiffs, | ) ) | |

**O R D E R**

The plaintiffs have filed a Motion to Quash Deposition Notices And/Or For a Protective Order (Docket No. 535), to which defendant Crants, III has filed a Response (Docket No. 536), and the plaintiffs have filed a Reply (Docket No. 539).[1]

---

[1] Unless otherwise specified, all docket references herein are to Case No. 3:09-0175 (*Siddle I*).

1

Unable to agree with opposing counsel upon dates for post-judgment depositions of Mr. and Mrs. Siddle (Docket No. 537-2), counsel for Crants, III issued Notices of Deposition for the Siddles on July 2, 2013, setting depositions for August 8-9, 2013. (Docket No. 537-3). Counsel for the Siddles raised no issue with these deposition dates until almost a month later, asserting on July 30, 2013 that he had an unspecified calendar "conflict" and that the Siddles, "due to health concerns," might not be able to travel to Nashville for their depositions in August. (Docket No. 537-4) The Siddles have, on this date, provided letters from a physician, substantiating health issues and recommending that neither of them travel for at least one month. (Docket No. 539-1)

If the plaintiffs timely file the required *supersedeas* bond by 2:00 p.m. on August 12, 2013, post-judgment discovery will be stayed. These depositions have been noticed for August 8-9, and counsel for Crants, III has indicated a willingness to postpone the depositions until August 14-16, 2013. (Docket No. 536 at 9) It is not recommended that the Siddles travel until September 5, 2013, and defense counsel may be willing to take their depositions in St. Louis, rather than in Nashville. Suffice it to say that a final decision on the taking of these depositions remains for another day and future developments in this case.

It is therefore **ORDERED** that the Plaintiffs' Motion to Quash Deposition Notices (Docket No. 535) is **GRANTED**, and the depositions of the Siddles will not be taken in Nashville on August 7-8, 2013. Should a timely *supersedeas* bond be posted, the depositions will not take place for some time. Should a timely *supersedeas* bond not be posted, the parties should attempt to agree on a time and place for the taking of the depositions of the Siddles. Should counsel for Crants, III wish to pursue his request for more complete responses to written

discovery prior to the depositions, he should file a properly-supported motion to compel, which will be referred to the Magistrate Judge for disposition.

It is so **ORDERED**.

ENTER this 6th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge