IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRUCE K. SIDDLE, et al., | ) No. 3:09-CV-00175 |
| | ) District Judge Aleta Trauger |
| Plaintiffs, | ) |
| vs. | ) |
| DOCTOR R. CRANTS, JR., et al. | ) |
| Defendants. | ) |

| | |
|---|---|
| BRUCE K. SIDDLE, et al., | ) No. 3:09-CV-00175 |
| | ) District Judge Aleta Trauger |
| Plaintiffs, | ) |
| vs. | ) |
| CONNECTGOV, INC., et al. | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

Now come Doctor R. Crants, Jr. ("Crants Jr.") and ConnectGov, Inc. ("ConnectGov" and, collectively with Crants Jr., the "Crants Jr. Defendants"), and acknowledge that the judgment entered by this Court on March 26, 2013 in favor of Crants Jr. and ConnectGov against Bruce K. Siddle and Sandra K. Siddle, individually and as trustees of the Bruce K. Siddle and Sandra K. Siddle Trusts dated July 16, 2003, and PPCT Management Systems, Inc. (collectively, "the Siddles") in the amount of two hundred twenty-eight thousand twenty-seven dollars and eighty-four cents ($228,027.84) and forty-eight thousand one hundred seventy-four dollars and seventy-eight cents ($48,174.78), respectively, has been satisfied by a compromise payment to the Crants Jr. Defendants by the Siddles pursuant to a Settlement Agreement of even date herewith. Subject to the terms of the Settlement Agreement, the Crants Jr. Defendants release

the Siddles from liability for the judgment dated March 26, 2013 and from the registration of that judgment with the Recorder of Deeds in St. Clair County, Illinois at pages A02364952 through A02364953.

The Crants Jr. Defendants do not release any other judgment debtor, including Bruce Carr, from any liability arising from the judgment dated March 26, 2013, and expressly reserve the right to enforce the judgment entered against Bruce Carr.

Dated this 12 day of August, 2013.

_____
DOCTOR R. CRANTS, JR.

Acknowledged as the free and voluntary act of Doctor R. Crants, Jr. before me, this 12TH day of August, 2013.

_____
Notary Public
My commission expires: 8-23-2016

CONNECTGOV, INC.

By: _____
Name: DOCTOR R. CRANTS
Title: CEO

Acknowledged as the free and voluntary act of Doctor R. Crants, Jr., representative of ConnectGov, Inc. before me, this 12TH day of August, 2013.

_____
Notary Public
My commission expires: 8-23-2016

Respectfully submitted,


 s/ James N. Bowen
Steven A. Riley (BPR# 6258)
James N. Bowen (BPR# 24082)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
sriley@rwjplc.com
jimbowen@rwjplc.com

*Attorneys for Defendant Doctor R. Crants, Jr.*

# CERTIFICATE OF SERVICE

I certify that on August 14, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, except as otherwise noted below. Parties may access this filing through the Court's electronic filing system.

| | | |
|---|---|---|
| Gail Vaughn Ashworth, Esq.<br>511 Union Street, Suite 800<br>Nashville, TN 37219<br><br>*Attorneys for Plaintiffs* | H. Anthony Duncan, Esq.<br>Nashville Bank & Trust Bldg.<br>4525 Harding Road, Suite 200<br>Nashville, TN 37205<br><br>*Attorneys for Plaintiffs* | Steve Allen Riley, Esq.<br>James N. Bowen, Esq.<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203<br><br>*Attorneys for Defendant, Doctor R. Crants, Jr.* |
| William A. Brewer, Esq.<br>Michael S. Gardner, Esq.<br>Eric P. Haas, Esq.<br>Bickel & Brewer<br>1717 Main Street, Suite 4800<br>Dallas, TX 75201<br><br>*Attorneys for Defendant, Doctor R. Crants, III* | Julie Murphy Burnstein, Esq.<br>Bradley Arant Boult Cummings, LLP<br>P. O. Box 340025<br>1600 Division Street, Suite 700<br>Nashville, TN 37203-0025<br><br>*Attorneys for Defendant, Doctor R. Crants, III* | John Colquitt Rogers, Esq.<br>John L. Bunyan, Esq.<br>Carlock, Copeland & Stair<br>2600 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, GA 30303<br><br>*Attorneys for Defendant, Roy W. Oaks* |
| John Day, Esq.<br>Law Office of John Day, P.C.<br>5300 Maryland Way, Suite 300<br>Brentwood, TN 37027<br><br>*Attorneys for Defendant, Roy W. Oaks* | James Henry Drescher, Esq.<br>8112 Isabella Lane<br>Suite 103<br>Nashville, TN 37203<br><br>*Attorneys for Defendant Linda Cooper* | **SERVED VIA U.S. MAIL**<br>Mr. Lee F. Booth<br>P. O. Box 19964<br>Greensboro, NC 27419<br><br>*Defendant, Pro Se* |

/s/James N. Bowen