IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRUCE K. SIDDLE, et al., | ) | No. 3:09-CV-00175 |
| | ) | District Judge Aleta Trauger |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOCTOR R. CRANTS, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRUCE K. SIDDLE, et al., | ) | No. 3:09-CV-00175 |
| | ) | District Judge Aleta Trauger |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CONNECTGOV, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SATISFACTION OF JUDGMENT

Now comes Doctor R. Crants III ("Crants III") and Pharos Capital Partners, L.P., DC Investment Partners, LLC, Four Corners Capital, LLC, Pharos Homeland Financial, LLC (a/k/a Pharos Homeland Financial), Pharos Homeland LLC (a/k/a Pharos Homeland, Lynview Partners, LLC, and Crants-Devlin, LLC), and Michael Devlin (collectively, "Pharos") and acknowledge that the judgment award entered by this Court against Bruce K. Siddle and Sandra K. Siddle, individually and as trustees of the Bruce K. Siddle and Sandra K. Siddle Trusts dated July 16, 2003, and PPCT Management Systems Inc. (collectively, the "Siddles") on March 26, 2013, in the amount of One Million One Hundred Twenty-Five Thousand Two Hundred Forty-Seven

Dollars and 26/100 ($1,125,247.26) in favor of Crants III and One Hundred Thirty-Two Thousand Two Hundred Forty-One Dollars and 14/100 ($132,241.14) in favor of Pharos has been satisfied by a compromise payment to Crants III and Pharos in the amount of One Million Dollars ($1,000,000.00) by the Siddles. Accordingly, the undersigned hereby releases the Siddles from liability from the judgment dated March 26, 2013; from the registration of that judgment in the 21st Judicial Circuit Court, St. Louis, Missouri, Case No.:13-SL-CC02926, and all other registered judgments, if any; from the garnishment issued by the Circuit Clerk of St. Louis County, Missouri, garnishment number 13-GARN-70033.

Crants III and Pharos do not release Bruce Carr from any liability arising from the judgment dated March 26, 2013, and expressly reserve the right to enforce the judgment entered against Bruce Carr.

Dated this 30 day of October, 2013.

_____
DOCTOR R. CRANTS, III

Acknowledged as the free and voluntary act of Doctor R. Crants III before me, this 30 day of October, 2013.

_____
Notary Public
My commission expires: September 9, 2014

_____
MICHAEL DEVLIN

Acknowledged as the free and voluntary act of Michael Devlin before me, this 30 day of October, 2013.

_____
Notary Public
My commission expires: September 9, 2014



PHAROS CAPITAL PARTNERS, L.P.

By its representative _[signature]_
[print name]

Acknowledged as the free and voluntary act of
___Doctor R. Crants, III___, representative of
Pharos Capital Partners, L.P. before me, this __30__
day of __October__, 2013.

_[signature]_
Notary Public
My commission expires: __September 9, 2014__



DC INVESTMENT PARTNERS, LLC

By its representative _[signature]_
[print name]

Acknowledged as the free and voluntary act of
___Doctor R. Crants, III___, representative of
DC Investment Partners, LLC, before me,
this __30__ day of __October__, 2013.

_[signature]_
Notary Public
My commission expires: __September 9, 2014__



FOUR CORNERS CAPITAL, LLC

By its representative _[signature]_
[print name]

Acknowledged as the free and voluntary act of
___Doctor R. Crants, III___, representative of
Four Corners Capital, LLC before me, this __30__
day of __October__, 2013.

_[signature]_
Notary Public
My commission expires: __September 9, 2014__



PHAROS HOMELAND FINANCIAL, LLC

By its representative _____
　　　　　　　　　　　　　　　[print name]

Acknowledged as the free and voluntary act of
___Doctor R. Crants, III___, representative of
Pharos Homeland Financial, LLC before me,
this __30__ day of __October__, 2013.

_____
Notary Public
My commission expires: __September 9, 2014__



PHAROS HOMELAND, LLC

By its representative _____
　　　　　　　　　　　　　　　[print name]

Acknowledged as the free and voluntary act of
___Doctor R. Crants, III___, representative of
Pharos Homeland, LLC before me, this __30__ day
of __October__, 2013.

_____
Notary Public
My commission expires: __September 9, 2014__